**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. <u>**1:21-cv-00620-STV**</u>

**SALINA SANCHEZ,**

      Plaintiff,

**v.**

**GEICO CASUALTY COMPANY,**

      Defendant.

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE

---

      THE PARTIES, by their attorneys, stipulate and agree to dismiss the within action, with prejudice, each party to pay their own costs and attorneys fees. The parties inform the Court that all matters in controversy have been compromised and settled to their satisfaction.

      Respectfully submitted by:


*s / Alexander S. Braden*

_____

Alexander S. Braden
Michael Born
Franklin D. Azar & Associates, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
bradena@fdazar.com
bornm@fdazar.com
*Attorneys for Plaintiff Salina Sanchez*


*s / Gregory K. Falls*

_____

Gregory K. Falls.
Deisch, Marion & Klaus, P.C.
851 Clarkson Street
Denver, Colorado 80218-3205
Telephone: (303) 837-1122
greg_falls@deisch-marion.com
*Attorneys for Defendant GEICO Casualty Company*